■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT CROMER, Also Known as YUSEF ABDUL SABOOR, Appellant. [691 NYS2d 26] —Judgment, Supreme Court, New York County (Michael Obus, J., at suppression hearing; William Wetzel, J., at plea and sentence), rendered September 12, 1995, convicting defendant of attempted robbery in the first degree, and sentencing him to a term of 1½ to 4½ years, unanimously affirmed.

Defendant's suppression motion was properly denied. The gunpoint stop and frisk, which formed the predicate for the subsequent police actions, was based on reasonable suspicion that defendant and his companions had, minutes earlier, committed a robbery. The joint description of the perpetrators was sufficiently specific given that defendant and his companions were immediately found in the building into which the witnesses had seen the perpetrators flee (*see, People v Brown*, 254 AD2d 88, *lv denied* 92 NY2d 980; *People v Jones*, 238 AD2d 153, *lv denied* 90 NY2d 906). Concur—Sullivan, J. P., Williams, Wallach, Rubin and Mazzarelli, JJ.